

# Fourth Court of Appeals
## San Antonio, Texas

October 10, 2016

No. 04-15-00318-CV

**GEMINI INSURANCE COMPANY** and Berkley Oil & Gas Specialty Services, LLC,
Appellants

v.

**DRILLING RISK MANAGEMENT, INC.,**
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 12-066
Honorable Bill R. Palmer, Judge Presiding

# O R D E R

The appellants' unopposed motion for extension of time to file response is hereby
GRANTED. Time is extended to October 31, 2016.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 10th day of October, 2016.

_____
Keith E. Hottle
Clerk of Court